824

*Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 681. HYNEY *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Elvin Swarthout* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 682. HOLT *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Wattawa* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 684. KILMER ET AL. *v.* NORFOLK & WESTERN RY. CO. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Harry K. Byrer* for petitioners. *Mr. F. M. Rivinus* for respondent.

No. 694. ADAMS ET AL. *v.* HOSKINS ET AL. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs James M. Hays* and *John T. Hays* for petitioners. *Messrs. Almond D. Cochran, Edgar T. Noble,* and *Robert B. F. Hummer* for respondents.